**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

March 14, 2008

Kevin Dowdy
Reg. No. 11078-067
LSCI - Allenwood
P.O. Box 1000
White Deer, PA 17887

***Re:   United States v. Kevin Dowdy***
***MDPA: Criminal No. 01-401/02***

Dear Kevin:

I am in receipt of what you caption as a Rule 16 matter regarding discovery.

It appears that you are hoping to file a motion under §2255 and that you are seeking to examine some voluminous materials to assist you. Of course, you have nothing pending before this court.

At this stage, it seems to me that you should seek whatever materials are in the possession of your former counsel, Michael Kostelaba, who should have no problem in sharing such material with you.

Sincerely,

***s/Edwin M. Kosik***
United States District Judge

EMK:mb